FILED IN OPEN COURT
ON 8|21|19 SLJT
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00348-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| DONNELL MAURICE PITTMAN | : | |

This matter comes now before this court on motion of the United States to order the disposition of a firearm associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the Rocky Mount Police Department and/or the Drug Enforcement Administration to dispose of a Taurus PT111G2 Millennium 9mm handgun, bearing serial number TIM27957, and any and all related ammunition, by destruction, incapacitation, or other means in accordance with its regulations.

This the 21st day of August, 2019.

LOUISE WOOD FLANAGAN
United States District Judge